# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 2:08-cr-059-JCM-GWF |
| vs ) | |
| JULIAN RICARDO CHACON, ) | |
| Defendant, ) | |

Presently before the court is the government's unopposed motion for extension of time to respond to defendant's § 2255 petition. (Doc. #84). Defendant did not oppose this motion, and the government asserts that counsel for the defendant consented to the granting of the motion.

Defendant Chacon filed his *pro se* § 2255 petition (doc. #79) on March 17, 2011. The court dismissed defendant's second claim, ordered the government to respond to the remaining claims, and appointed counsel to represent defendant in further proceedings. (Doc. #82). On June 28, 2011, Michael P. Kimbrell was appointed to represent defendant Chacon. (Doc. #83). According to the government's present motion (doc. #84), newly appointed counsel intends on filing an amended § 2255 petition. The government asks this court to grant it an extension of thirty (30) days to file its response to the amended petition.

Good cause appearing,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that government's unopposed motion for extension of time to respond to defendant's § 2255 petition (doc. #84) be, and the same hereby is, GRANTED.

1

2   IT IS THEREFORE ORDERED that defendant has thirty (30) days from the date of this

3   order to file an amended § 2255 petition. The government will have thirty (30) days from the filing of the amended petition to file its response.

4   DATED this 21st day of July, 2011.

5

6

7   _____
    UNITED STATES DISTRICT JUDGE