# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:08-cr-00059-JCM-GWF |
| vs. | **ORDER** |
| JULIAN RICARDO CHACON, | |
| Defendant. | |

This matter is before the Court on Assistant Federal Public Defender Monique Kirtley's Motion to Withdraw as Counsel Due to Conflict of Interest (ECF No. 110), filed on January 9, 2018. Counsel has shown good cause for the Court to grant her withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Assistant Federal Public Defender Monique Kirtley's Motion to Withdraw as Counsel Due to Conflict of Interest (ECF No. 110) is **granted**.

**IT IS FURTHER ORDERED** that this matter is referred to the Criminal Justice Act Panel for appointment of counsel.

**IT IS FURTHER ORDERED** that this matter is set for hearing for appointment of counsel on **Thursday, January 18, 2018** at 10:30 AM in Courtroom 3A.

DATED this 11th day of January, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge