JASON G. WEINER, ESQ.
Nevada Bar Number 7555
WEINER LAW GROUP, LLC.
2820 W. Charleston Blvd., #35
Las Vegas, Nevada 89102
Tel. No. (702) 202-0500
Fax No. (702) 202-4999
Attorney for Defendant
JULIAN RICARDO CHACON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JULIAN RICARDO CHACON, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:08-cr-00059 |

**STIPULATION TO CONTINUE REVOCATION HEARING**

Plaintiff , by and through its attorney, Assistant United States Attorney CHAD W. McHENRY, and Defendant JULIAN RICARDO CHACON, by and through his attorney, JASON G. WEINER, ESQ., of the law firm of WEINER LAW GROUP, LLC., hereby stipulate that the revocation hearing in the above entitled case, currently scheduled for March 1, 2018 at 10:00 a.m., be vacated and continued two (2) weeks to a date most convenient to the calendar of this Honorable Court, considering possible negotiations and awaiting State filing on pending charges. The defendant is currently in federal custody and agrees to continuance.

DATED this _____day of February, 2018.

| WEINER LAW GROUP, LLC. | UNITED STATES ATTORNEY'S OFFICE |
|---|---|
| *s/Jason G. Weiner, Esq.* | *s/ Chad W. McHenry* |
| _____ | _____ |
| JASON G. WEINER, ESQ. <br> Nevada State Bar No. 7555 <br> Attorney for the Defendant | CHAD W. McHENRY <br> Assistant United States Attorney <br> Attorney for the Plaintiff |

United States of America v. Julian Ricardo Chacon          Case No. 2-08-cr-00059

**O R D E R**

Upon the foregoing Stipulation of Counsel, both counsel being under the obligation not to continue the proceedings for the purpose of delay, IT IS THEREFORE ORDERED that the revocation hearing in the above matter scheduled on <u>**March 1, 2018, at 10:00 a.m.**</u>, is vacated and re-scheduled to **March 19, 2018 at 10:30 a.m.**

Dated February 28, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE